Certificate Number: 00134-WIE-CC-007300930

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 8, 2009, at 1:47 o'clock PM PDT,

Mareno Rathell received from

Cricket Debt Counseling,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of Wisconsin, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. § 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.


Date: June 8, 2009

By /s/Elizabeth Venegas

Name Elizabeth Venegas

Title Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. § 109(h) and 521(b).