IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: June 12, 2009



_____
Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  
Mareno Marcellus Rathell,  
              Debtor.

Chapter 7  
Case No. 09−28319−jes

### ORDER: POSSIBLE FUTURE DISMISSAL OF CASE

Bankruptcy Code § 521(a) requires debtors to file certain information. Bankruptcy Rule 1007 sets a time limit for these documents of 15 days from the filing of the petition. If the debtor does not file the documents within 15 days, and does not request an extension of time, the U.S. Trustee may move to dismiss the debtor's case. However, even if no party requests dismissal, § 521(i) requires **"automatic dismissal"** of cases when the debtor does not file all of the information required by § 521(a)(1) within 45 days of the date of the petition. The 15−day deadline in this case is June 26, 2009. **The 45−day deadline in this case is July 27, 2009.**

The Clerk has determined that the Debtor in this case has failed to file the following required documents:

- **Schedule I**

In order to prevent automatic dismissal of this case, the Debtor must either file the required information by the deadline or file a written motion to extend the deadline before the 45−day deadline expires. The Court will determine whether any extension will be granted or denied. No extension of the 45−day deadline can be granted for credit briefing certificates.

You should discuss this Order with your bankruptcy attorney. If you do not have an attorney, you may wish to consult one. The Court's website, www.wieb.uscourts.gov has information about the Bankruptcy Help Desk for those who do not have an attorney.

#####