Certificate Number: 12433-WIE-DE-008074415

Bankruptcy Case Number: 09-28319

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 19, 2009, at 5:10 o'clock PM PDT, Mareno Rathell completed a course on personal financial management given by internet and telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Wisconsin.

Date: August 19, 2009

By /s/Laura Gannon

Name Laura Gannon

Title Teacher

FILED 2009 AUG 20 PM 12:58 US BANKRUPTCY COURT EASTERN DISTRICT OF WI

B 23 (Official Form 23) (12/08)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Wisconsin

In re Mareno Marcellus Rathell , Case No. 09-28319
Debtor

Chapter 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, Mareno Marcellus Rathell , the debtor in the above-styled case, hereby
*(Printed Name of Debtor)*
certify that on 08/19/2009 *(Date)*, I completed an instructional course in personal financial management

provided by Solid Start Financial Education Services, LLC , an approved personal financial
*(Name of Provider)*
management provider.

Certificate No. *(if any)*: 12433-WIE-DE-008074415 .

☐ I, , the debtor in the above-styled case, hereby
*(Printed Name of Debtor)*
certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: *[signature]*

Date: 08/19/2009

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)